AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JUAN CARNIGLIA, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MY CEVICHE CORAL GABLES LLC, a Florida Limited Liability Company, a/k/a 27 ENTREPRENEURS MIRACE MILE LLC, and ROGER DUARTE, individually,<br>*Defendant(s)* | 19-cv-24890-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MY CEVICHE CORAL GABLES LLC a/k/a 27 ENTREPRENEURS MIRACLE MILE LLC
c/o Registered Agent, Silver Spoon Solutions
888 Biscayne Boulevard, Unit 505
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith M. Stern, Esq.
Law Office of Keith M. Stern, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Tel:  (305) 901-1379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Nov 26, 2019



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Janier A.*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JUAN CARNIGLIA, on behalf of himself and others similarly situated, *Plaintiff(s)* | ) ) ) ) ) ) ) ` | |
| v. | | 19-cv-24890-MGC |
| MY CEVICHE CORAL GABLES LLC, a Florida Limited Liability Company, a/k/a 27 ENTREPRENEURS MIRACE MILE LLC, and ROGER DUARTE, individually, *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ROGER DUARTE
1200 Brickell Avenue, Suite 800
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Keith M. Stern, Esq.
Law Office of Keith M. Stern, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 26, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*

Deputy Clerk
U.S. District Courts